## In re D.M.D.

(No. 2015–0738—Submitted July 13, 2016—Decided August 23, 2016.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re D.S.*, 146 Ohio St.3d 182, 2016-Ohio-1027, 54 N.E.3d 1184.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, and FRENCH, JJ., concur.

PFEIFER, LANZINGER, and O'NEILL, JJ., dissent for the reasons stated in the dissenting opinion in *In re D.S.*

Yeura R. Venters, Franklin County Public Defender, and David L. Strait, Assistant Public Defender, for appellant, D.M.D.